JS 6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
FEB 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JOSHUA DALKE,<br><br>   Petitioner,<br><br>   v.<br><br>D. PARAMO, Warden,<br><br>   Respondent. | No. ED CV 13-01145-PSG (DFM)<br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: 02/20/14

                _____
                PHILIP S. GUTIERREZ
                United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY